IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AARON KEITH MINOR,  )  )   Petitioner,   )  ) v.  )  ) PATRICE RICHIE, Warden, ) et al.,  )  )   Respondents.  ) | CIVIL ACTION NO. 2:19cv373-MHT (WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 12) is adopted.

(2) The petition for writ of habeas corpus (Doc. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of April, 2022.

                                            /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**